### Ed. Parker vs. S. D. S. Walker and Mrs. E. E. Brice.

Farmer, J. Defendants were sued on a written assumpsit of a debt of Clem Plater. The latter offered to intervene and show that he did not owe the debt assumed, and that he had induced defendants to assume through fear and error and inti-

midation used against him by plaintiff.   Held :   That the inter-
vention should have been allowed.